HON. ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | | |
|---|---|---|
| COLUMBIA RIVERKEEPER, | ) | 3:09-CV-05427-RJB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | AND DEFENDANT HAMBLETON |
| v. | ) | BROS. LUMBER COMPANY, INC.'S |
| | ) | JOINT MOTION FOR VOLUNTARY |
| HAMBLETON BROS. LUMBER CO., | ) | DISMISSAL OF CLAIMS AGAINST |
| INC. d/b/a HAMBLETON BROS. LOG | ) | HAMBLETON BROS. LUMBER |
| YARD; HAMBLETON LUMBER CO., | ) | COMPANY, INC. AND MOTION TO |
| LLC d/b/a HAMBLETON BROS. LOG | ) | STRIKE MOTION FOR SUMMARY |
| YARD, | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

BEFORE THE COURT are the Plaintiff's and Defendant Hambleton Bros. Lumber Co., Inc.'s Joint Motion for Voluntary Dismissal of Claims Against Hambleton Bros. Lumber Company, Inc. and Motion to Strike Motion for Summary Judgment.

The Court finds that the requested relief should be granted.

Accordingly,

**IT IS ORDERD** that:

ORDER GRANTING MOTION FOR
VOLUNTARY DISMISSAL OF CLAIMS
AGAINST HAMBLETON BROS. - 1
No. 3:09-CV-05427-RJB

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington 98112
(206) 860-2883

1  Plaintiff's claims against Defendant Hambleton Bros. Lumber Company, Inc. are
2  dismissed with prejudice; and
3  Defendant Hambleton Bros. Lumber Company, Inc.'s Motion for Summary Judgment,
4  Dkt. 26 (May 20, 2010), is hereby stricken.

5

6

7  DATED this 16th day of June, 10.

8

9  _____
10  ROBERT J. BRYAN
   United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29  ORDER GRANTING MOTION FOR
   VOLUNTARY DISMISSAL OF CLAIMS
   AGAINST HAMBLETON BROS. - 2
   No. 3:09-CV-05427-RJB

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883