UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLUMBIA RIVERKEEPER,

    Plaintiff,

v.

HAMBLETON LUMBER CO., LLC d/b/a HAMBLETON BROS. LOG YARD,

    Defendant.

Case No. 09-5427RJB

ORDER RE DEFAULT AND PLAINTIFF'S MOTION TO COMPEL

This matter comes before the Court on the Court's order regarding Plaintiff's request for status conference (Dkt. 31) and Plaintiff's motion to compel (Dkt 32). On June 28, 2010, the Court issued an order directing Defendant Hambleton Lumber to obtain legal representation in accordance with local rule GR 2(g)(4)(B) or risk entry of default. Dkt. 31. As of August 2, 2010, Defendant Hambleton Lumber's counsel has not made an appearance or responded in any way to the Court's order. Therefore, Defendant Hambleton Lumber Co. appears to be in default for failure to be represented by counsel as required by local rule GR 2(g)(4)(B) and not complying with the Court's orders. Plaintiff may move for an order of default.

The Court notes that there is a pending motion to compel by Plaintiff. *See* Dkt. 32. Plaintiff's motion to compel may be moot in light of the Defendant's failure to defend. The motion to compel will be stricken unless Plaintiff advises the Court by **August 20, 2010**, that the motion requires a ruling and gives reasons therefore.

ORDER - 1

It is so **ORDERED**.

The Clerk is directed to send copies of this Order all counsel of record and any party appearing *pro se* at said party's last known address.

DATED this 10th day of August, 2010.

*Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER - 2